UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

i3Archive, Inc. and
National Digital Medical Archive, Inc.

        Plaintiffs,

v.                                   2:06-CV-04286-MAM

InSite One, Inc.                 JURY TRIAL DEMANDED

        Defendant.

## DECLARATION OF STANLEY WEINBERG

I, Stanley Weinberg, hereby declare:

1.     I am an attorney at the law firm of RatnerPrestia, attorneys for Plaintiffs i3Archive, Inc. and National Digital Medical Archive, Inc. (collectively "i3Archive").

2.     I submit this Declaration in support of the Plaintiffs' Responsive Claim Construction Brief.

3.     Exhibit 7 is a true and correct copy of an excerpt from Computer Dictionary, Microsoft Press, 3rd ed. 1997 consisting of page 387.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 8, 2008

                                                                  Stanley Weinberg

251299