UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| i3Archive, Inc. and<br>National Digital Medical Archive, Inc. | :<br>:<br>: |
| Plaintiffs, | :<br>: |
| v. | : 2:06-CV-04286-MAM<br>: |
| InSite One, Inc. | : JURY TRIAL DEMANDED<br>: |
| Defendant. | : |

STIPULATED DISMISSAL

AND NOW, this  6th  day of  March , 2008, the parties having entered into a Settlement Agreement, it is hereby ORDERED, subject to the provisions of the aforesaid Settlement Agreement, that

1. all claims, counterclaims and defenses are dismissed with prejudice;

2. the Court's Order of January 22, 2007 is modified by dismissing with prejudice all claims, counterclaims, and defenses related to claims 49-64 of U.S. Patent No. 6,574,742; and

3. each party shall bear its own costs and attorney's fees.

**SO STIPULATED:**

i3ARCHIVE, INC and NATIONAL DIGITAL
MEDICAL ARCHIVE, INC.

_____    Date: 3/5/08
Benjamin E. Leace (I.D. No. 54281)
RatnerPrestia
1235 Westlakes Drive
Suite 301
Berwyn, PA 19312
Telephone: (610) 407-0700
Facsimile: (610) 407-0701

Attorneys for Plaintiffs, i3Archive Inc.
and National Digital Medical Archive, Inc.

INSITE ONE, INC.

_____    Date: 3/5/08
Leslie E. John
Ballard Spahr Andrews and Ingersoll, LLP
1735 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-8500
Facsimile: (215) 864-8999

Mark G. Matuschak (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR, LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Attorneys for Defendant, InSite One, Inc.

**IT IS SO ORDERED:**

This ___ day of _____, 2008    _____
                                  THE HONORABLE MARY A. MCLAUGHLIN
                                  United States District Judge